**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| AMY JO WATKINS | CIVIL ACTION |
| VERSUS | 20-127-SDD-RLB |
| BATON ROUGE HOTELIERS, LLC, ET AL. | |

<u>CLERK'S ENTRY OF DEFAULT</u>

Service having been executed on Baton Rouge Hoteliers, LLC, Rajesh Patel and UNR Hospitality, LLC on March 10, 2020, and no answer, claim or other responsive pleadings having been filed;

IT IS ORDERED the Plaintiff's Motion for Entry of Default against, Baton Rouge Hoteliers, LLC, Rajesh Patel and UNR Hospitality, LLC, Defendants, be and is hereby GRANTED.

Baton Rouge, Louisiana, this 17th day of August 2020.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: _Erika L. Williams_
Deputy Clerk

cc: Hoteliers, LLC, Rajesh Patel and UNR Hospitality, LLC