## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

AMY JO WATKINS, on behalf of herself CASE NO. 20-127-SDD-RLB
and other similarly situated individuals

VERSUS

BATON ROUGE HOTELIERS, LLC,
UNR HOSPITALITY, LLC, and
RAJESH PATEL

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, through undersigned counsel, represents that no answer or motion for summary judgment has been filed in this matter, and gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all of the defendants.

Respectfully Submitted:

**ESTES DAVIS LAW, LLC**

/s/ Daniel B. Davis
Randall E. Estes (La. Bar Roll No. 22359)
Daniel B. Davis (La. Bar Roll No. 30141)
4465 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
Email: dan@estesdavislaw.com
*Attorneys for Plaintiff*